**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                                        CASE NO.  3:08cr41 LAC

DOUGLAS GARY MILLER

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on ___September 5, 2008___
Motion/Pleadings: MOTION FOR DOWNWARD VARIANCE
Filed by  DEFENDANT            on 9/5/08          Doc.# 126

RESPONSES:

_____  on _____  Doc.# _____
_____  on _____  Doc.# _____

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed       _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                        Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 9th day of September 2008, that:*

*(a) The relief requested is **DENIED.***

*(b)* _____

                                        s/L.A. Collier
                              ***LACEY A. COLLIER***
                              ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.